John E. Casperson, ABA #7910076
Lafcadio Darling, ABA #1510084
HOLMES WEDDLE & BARCOTT, P.C
3101 Western Avenue, Suite 500
Seattle, WA 98121-3071
Phone: 206-292-8008
Fax: 206-340-0289
Email: ldarling@hwb-law.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF COMMERCE, COMMUNITY, AND ECONOMIC DEVELOPMENT, DIVISION OF INVESTMENTS,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>CALEB C, O.N. 948112, its Engines, Machinery, Appurtenances, etc., *In Rem;*<br>　　　　　　　Defendant. | IN ADMIRALTY<br><br><br><br>Case No: 3:25-cv-00282 |

**VERIFIED COMPLAINT TO FORECLOSE PREFERRED SHIP MORTGAGE IN REM, ENFORCEMENT OF SECURITY INTEREST, AND BREACH OF CONTRACT**

The State of Alaska, Department of Commerce, Community, and Economic Development, Division of Investments alleges as follows:

**I. PARTIES**

1.1. Plaintiff is the State of Alaska, Department of Commerce,

VERIFIED COMPLAINT
*State of Alaska. vs CALEB C*
Case No. 3:25-cv-00282   Page 1 of 12
-

Community, and Economic Development, Division of Investments (referred to at times hereafter as the "State" or "Plaintiff").

1.2. *In rem* Defendant vessel CALEB C is a United States Coast Guard Documented Vessel (O.N. 948112), and is currently located in Naknek, Alaska ("Vessel," or "Defendant"). The Vessel is owned by non-party Flavio H Cardoso ("Cardoso").

## II. JURISDICTION AND VENUE

2.1 This is a matter of admiralty and maritime jurisdiction under 28 U.S.C. §1333 and 46 U.S.C. §31322 and §31325 and an admiralty and maritime matter within the meaning of Fed. R. Civ. P. 9(h). The Court has supplemental jurisdiction over any state law claims under 28 U.S.C. §1367.

2.2 Venue is proper under 28 U.S.C. §1391 since a substantial part of property that is the subject of the action is situated in this District.

## III. STATEMENT OF FACTS

3.1 On or about May 6, 2019, Cardoso signed a Promissory Note in the amount of $167,000 ("First Note") to document the obligation to repay to Plaintiff a term loan in such amount extended to Plaintiff for Cardoso's commercial fishing activities. The First Note provides for interest at the rate 7.25% per annum from the date funds were disbursed until paid in full, and requires annual payments of $18,627.00 (combined principal and interest) on October 1st of each year, with the

VERIFIED COMPLAINT
*State of Alaska. vs CALEB C*
Case No. 3:25-cv-00282   Page 2 of 12 -

first payment due on October 1, 2019 and full payment of the outstanding balance of the Loan due no later than October 1, 2033. The Note further provides that in the event any payment is not made when due, the entire loan balance, including principal, all interest, and other sums owing, shall be come immediately due and payable. Under the First Note, if a payment is not received within 15 days of the due date, the borrower owes a late charge of 5% of the late payment. The First Note further provides that in the event of default, the borrower shall be liable for all expenses and costs, including all attorney's fees and legal expenses, incurred in connection with this Loan. A true and correct copy of the First Note is attached as **Exhibit A**.

3.2 On or about May 6, 2019, Cardoso signed a Security Agreement to support the First Note ("First Security Agreement"). Under the First Security Agreement, Cardoso granted Plaintiff a Security interest in the sum of $167,000 plus all other sums due in certain named collateral, including *in rem* Defendant Vessel CALEB C, Alaska Limited Entry Permit No. S03T 56764S, as well as all other related equipment, accounts, accessories and goods – all of which was owned by Cardoso. In the event of a default on the First Note, the First Security Agreement gives Plaintiff the right to foreclose on its security interest in this property. The First Security Agreement also provides that any default on the First Note or First Security Agreement shall render Cardoso liable for actual costs and

VERIFIED COMPLAINT
*State of Alaska. vs CALEB C*
Case No. 3:25-cv-00282   Page 3 of 12
-

Case 3:25-cv-00282-SLG   Document 1   Filed 10/14/25   Page 3 of 12

expenses, including attorneys' fees and costs. A true and correct copy of the First Security Agreement is attached hereto as **Exhibit B**.

3.3 As security for the loan documented by the First Note, on or about May 6, 2019, Cardoso as owner executed a Preferred Ship Mortgage in favor of Plaintiff, pledging the Vessel ("First Mortgage"). Upon any default in the payment of any installment of principal or interest on the First Note that continues for 15 days, the First Mortgage entitles Plaintiff to, among other things, take the *in rem* Defendant Vessel, without legal process, and sell at a privately conducted public sale, arrest the Vessel under the Court's admiralty jurisdiction and sell following judicial foreclosure, and such other rights given to mortgages under the Ship Mortgage Act of 1920, as amended, and recover its fees incurred in connection therewith. A true and correct copy of the First Mortgage is attached as **Exhibit C**.

3.4 On or about September 20, 2019, Cardoso signed a Promissory Note in the amount of $192,600 ("Second Note") to document the obligation to repay to Plaintiff a term loan in such amount extended to Plaintiff for Cardoso's commercial fishing activities. The Second Note provides for interest at the rate 7.50% per annum from the date funds were disbursed until paid in full, and requires annual payments of $21,820.00 (combined principal and interest) on October 1st of each year, with the first payment due on October 1, 2020 and full payment of the outstanding balance of the Loan due no later than October 1, 2034. The Note

VERIFIED COMPLAINT
*State of Alaska. vs CALEB C*
Case No. 3:25-cv-00282    Page 4 of 12
-

Case 3:25-cv-00282-SLG    Document 1    Filed 10/14/25    Page 4 of 12

further provides that in the event any payment is not made when due, the entire loan balance, including principal, all interest, and other sums owing, shall be come immediately due and payable. Under the Second Note, if a payment is not received within 15 days of the due date, the borrower owes a late charge of 5% of the late payment. The Second Note further provides that in the event of default, the borrower shall be liable for all expenses and costs, including all attorney's fees and legal expenses as well as collection costs, incurred in connection with this Loan. A true and correct copy of the First Note is attached as **Exhibit D**.

3.5 On or about September 24, 2019, Cardoso signed a Security Agreement to support the Second Note ("Second Security Agreement"). Under the Second Security Agreement, Cardoso granted Plaintiff a security interest in the sum of $192,600 plus all other sums due in certain named collateral, including the *in rem* Defendant Vessel CALEB C, Alaska Limited Entry Permit No. S03T 56764S, as well as all other related equipment, accounts, accessories and goods – all of which were owned by Cardoso. In the event of a default on the First or Second Note, the Second Security Agreement gives Plaintiff the right to foreclose on its security interest in this property. The Second Security Agreement also provides that any default on the First or Second Note or First or Second Security Agreement shall render Cardoso liable for actual costs and expenses, including attorneys' fees and costs. A true and correct copy of the Second Security Agreement is attached

VERIFIED COMPLAINT
*State of Alaska. vs CALEB C*
Case No.3:25-cv-00282     Page 5 of 12
-

Case 3:25-cv-00282-SLG     Document 1     Filed 10/14/25     Page 5 of 12

hereto as **Exhibit E.**

 3.6 As security for the loans documented by the First Note and Second Note, on or about September 20, 2019, Cardoso as owner executed a Preferred Ship Mortgage in favor of Plaintiff, pledging *in rem* Vessel ("Second Mortgage"). Upon any default in the payment of any installment of principal or interest on any debt obligation to Plaintiff that continues for 15 days, the Second Mortgage entitles Plaintiff to, among other things, take the *in rem* Defendant Vessel, without legal process, and sell at a privately conducted public sale, arrest the Vessel under the Court's admiralty jurisdiction and sell following judicial foreclosure, and such other rights given to mortgages under the Ship Mortgage Act of 1920, as amended, and recover its fees incurred in connection therewith. A true and correct copy of the Second Mortgage is attached as **Exhibit F**.

 3.7 Cardoso failed to make the First Note or Second Note payments that were due on October 1, 2023 and October 1, 2024. Since then, Plaintiff has received no payments toward these loans.

 3.8 Plaintiff sent Cardoso a Notice of Default and Final Demand for Payment regarding both loans on May 30, 2025 ("Final Demand"). The Final Demand stated that the loans were in default and accelerated and set forth the amounts due under both loans as of May 30, 2025 as follows:

VERIFIED COMPLAINT
*State of Alaska. vs CALEB C*
Case No. 3:25-cv-00282 Page 6 of 12
-

Case 3:25-cv-00282-SLG Document 1 Filed 10/14/25 Page 6 of 12

**First Note (Loan No. 10-200-0104663)**
Principal: $162,409.12
Interest: $ 21,216.49
Late charge: $  1,813.70
Total: $185,439.31
*(daily rate of interest: $32.26)*

**Second Note (Loan No. 10-230-0105554)**
Principal: $208,580.87[1]
Interest: $ 28,748.91
Late charge: $  2,296.05
Total: $239,625.83
*(daily rate of interest: $42.86)*

A true and correct copy of the Notice of Default and Final Demand letter is attached hereto as **Exhibit G.**

3.9    Cardoso failed to respond or make payment towards either loan and both loans remain in default since October 2, 2023. Interest continues to accrue on the First Note at a rate of $32.26/day and interest on the Second Note Continues to accrue at a rate of $42.86/day. Additionally, Plaintiff has incurred, and continues to incur, legal fees, expenses, and costs in association with collection on these loans, all of which are chargeable against *in rem* Defendant.

**FIRST CAUSE OF ACTION: BREACH OF CONTRACT**

4.1    Plaintiff re-alleges the paragraphs above as if fully set forth herein.

4.2    By failing to meet the payment obligations under the First Note and

VERIFIED COMPLAINT
*State of Alaska. vs CALEB C*
Case No.3:25-cv-00282    Page 7 of 12
-

HOLMES WEDDLE & BARCOTT, PC
3101 WESTERN AVENUE, SUITE 500
SEATTLE, WA 981121-3071
TELEPHONE (206) 292-8008
FAX (206) 340-0289

Second Note, Cardoso defaulted on the Notes, Security Agreements, First Mortgage and Second Mortgage.

    4.3    As a result of these default and breach of these agreements, Cardoso is liable to Plaintiff for the current principal on the First and Second Loans in the total amount of $370,989.99, as well as $49,965.40 in accrued and outstanding interest as of May 30, 2025, and $4,109.75 in late fees, plus interest accruing from June 1, 2025 at $75.12 per day, as well as attorney's fees, costs, expenses and other collection costs for which Defendant is liable under the Notes and Mortgage.

## IV.    SECOND CAUSE OF ACTION: FORECLOSURE OF PREFERRED SHIP MORTGAGE AND ARREST OF VESSEL

    5.1    Plaintiff re-alleges the paragraphs above as if fully set forth herein.

    5.2    The Mortgage provides that in the event of default under the First Note or Second Note, Plaintiff has the right to foreclose on its mortgages and take possession of the Vessel and any other related assets of the Vessel.

    5.3    Since Cardoso has defaulted under the terms of the loan documents, Plaintiff has the right under 46 U.S.C. §31325 and the Supplemental Admiralty Rules to immediately foreclose on the Mortgages and arrest the Vessel for purpose of sale to satisfy the debt owed to Plaintiff.

---

[1] The Principal totals included capitalized interest in accordance the loan conditions.

VERIFIED COMPLAINT
*State of Alaska. vs CALEB C*
Case No. 3:25-cv-00282    Page 8 of 12

# PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief and judgment as follows:

1. That this Court enter judgment *in rem* and decree payment due by the non-party debtor Cardoso, Vessel, the Vessel's appurtenances and assets as follows:

    a. Principal on the First and Second Loans in the total amount of $370,989.99, as well as $49,965.40 in accrued and outstanding interest as of May 30, 2025, and $4,109.75 in accrued late fees, with further interest accruing from June 1, 2025 at $75.12 per day.

    b. Plaintiff's reasonable attorneys' fees and costs in this litigation; and

    c. The collection costs and other costs of this action including charges for all fees of the U.S. Marshal, for keepers, for the Substitute Custodian, and their costs incurred in this action and for all expenses for the sale of the Vessel, its engines, machinery, and appurtenances, etc.

2. That Plaintiff be adjudged the holder of preferred ship mortgages on the Vessel and its appurtenances, including for the payment of sums due, including costs and attorneys' fees, and that this Court declare the lien of the said mortgage to be superior to all other liens which may exist against the Vessel, its appurtenances and rights.

3. That the First Mortgage and Second Mortgage be foreclosed and the

VERIFIED COMPLAINT
*State of Alaska. vs CALEB C*
Case No. 3:25-cv-00282    Page 9 of 12

Case 3:25-cv-00282-SLG    Document 1    Filed 10/14/25    Page 9 of 12

Vessel and its appurtenances be sold by the U.S. Marshal and the proceeds of the sale be applied and delivered to pay demands and claims of Plaintiff in the amount and to the extent as specifically set forth herein, together with costs and attorneys' fees, and that it be declared that any and all persons, firms or corporations claiming any interest in the Vessel and its appurtenances are forever barred and foreclosed of and from all rights of equity or redemption or claim in and to the Vessel and its appurtenances.

4. That *in rem* process in due form of the law issue against the Vessel and its appurtenances.

5. That the Court issue a warrant of arrest, authorizing the U.S. Marshal to arrest the Vessel in accordance with the Supplemental Admiralty Rules, and that the Vessel be placed in the hands of a Substitute Custodian.

6. That the Court order that the Mortgages and state law liens against the Vessel be foreclosed.

7. That the Court order the sale of the Vessel and other collateral, by the U.S. Marshal and that, at such Marshal's sale, Plaintiff be permitted to bid, without cash deposit, its judgment, accrued interest, costs and attorneys' fees, up to the full amount thereof.

8. That Plaintiff have such other and further relief as in law and equity it may be entitled to receive.

VERIFIED COMPLAINT
*State of Alaska. vs CALEB C*
Case No. 3:25-cv-00282   Page 10 of 12
-

Dated this 14th day of October, 2025.

HOLMES WEDDLE & BARCOTT PC

By: *s/ Lafcadio H Darling*
Lafcadio Darling, ABA #1510084
Attorneys for Plaintiff State of Alaska,
Department of Commerce, Community,
and Economic Development, Division of
Investments

VERIFIED COMPLAINT
*State of Alaska. vs CALEB C*
Case No. 3:25-cv-00282   Page 11 of 12-

Case 3:25-cv-00282-SLG   Document 1   Filed 10/14/25   Page 11 of 12

## VERIFICATION

I, Amy F. Roemer, being first duly sworn, upon oath depose and state that I am the ~~Acting~~ Collection Supervisor for the State of Alaska, Department of Commerce, Community, and Economic Development, Division of Investments, the Plaintiff in this action. I have read the above and foregoing Complaint, know the contents thereof and believe the same to be true. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED this 13th day of October, 2025.

*[signature: Amy Roemer]*

Amy F. Roemer,
Collection Supervisor
State of Alaska, Department of
Commerce, Community, and Economic
Development, Division of Investments

VERIFIED COMPLAINT
*State of Alaska. vs CALEB C*
Case No. 3:25-cv-00282   Page 12 of 12