# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

STATE OF ALASKA, DEPARTMENT
OF COMMERCE, COMMUNITY, AND
ECONOMIC DEVELOPMENT,
DIVISION OF INVESTMENTS,

               Plaintiff,

v.

CALEB C, O.N. 948112, etc.,
*In Rem*,

               Defendant.

Case No. 3:25-cv-00282-SLG

## ORDER FOR FORECLOSURE OF MORTGAGE, ENTRY OF JUDGEMENT, AWARD OF ATTORNEYS' FEES AND COSTS, FOR SALE OF VESSLE AND CREDIT BID AUTHORITY

Before the Court at Docket 19 is Plaintiff State of Alaska, Department of Commerce, Community, and Economic Development, Division of Investments ("State") and its attorneys, Holmes Weddle & Barcott, P.C., Motion for (1) Order Foreclosing Mortgage and for Entry of Default Judgment; (2) Award of Attorney's Fees and Costs; and (3) Order for Sale of Vessel and for Credit Bid Authority.

The Court GRANTS the motion at Docket 19 and further FINDS and ORDERS as follows:

1.      Plaintiff Alaska, Department of Commerce, Community and Economic Development, Division of Investments ("STATE OF ALASKA") having obtained default against Defendant herein, and having set forth evidence to support its

requests for relief, is entitled to the entry of judgment in its favor, and for the foreclosure of its mortgages under federal law.

2. STATE OF ALASKA's mortgage lien established by the Promissory Notes and Preferred Ship Mortgages against *in rem* Defendant CALEB C as described and attached to the Verified Complaint herein are hereby foreclosed.

3. Default judgment shall be entered in favor of plaintiff STATE OF ALASKA and against *in rem* Defendant F/V CALEB C, as follows:

a. Principal owed in the amount of $370,989.99;

b. Accrued interest through sale of $73,327.72;

c. Accrued late fees of $4,109.75;

d. Reasonable attorneys' fees and costs in the amount of $13,507.43

e. Marshal's costs incurred by Plaintiff through the date of sale in the amount of $3,996.51;

f. Custodial costs incurred with Vessel Management Company LLC through the date of sale in the amount of $6,135.00;

for a total judgment amount of $472,066.40. This judgment shall accrue at the lower contract rate of 7.25% per annum.

5. The vessel CALEB C, along with her boats, gear, equipment and appurtenances (collectively "the Vessel"), have been condemned to be sold by the United States Marshal for the District of Alaska. The sale shall occur in accordance with the Supplemental Admiralty Rules and Local Admiralty Rules, as well as the

Case No. 3:25-cv-00282-SLG, *State of Alaska, Department of Commerce, Community, and Economic Development, Division of Investments v. CALEB C, O.N. 948112*
Order for Foreclosure of Mortgage, Entry of Judgement, Award of Attorneys' Fees and Costs, for Sale of Vessel and Credit Bid Authority
Page 2 of 4
Case 3:25-cv-00282-SLG   Document 21   Filed 03/16/26   Page 2 of 4

practices and procedures used by the Marshal for this District.

6.     Prior to any sale of the Vessel, a notice of sale will be published by Plaintiff or the Marshal daily in accordance with Local Admiralty Rule (e)-14(b), at least four times, to include online or paper publication of such notice, prior to the day of sale so that the fourth consecutive day of the notice is published via online or print no less than five days prior to the day of sale.

7.     The *in rem* Defendant Vessel shall be sold on an "AS IS, WHERE IS" basis at a Marshal's public auction to the highest bidder, free and clear of any liens and encumbrances.  The sale shall take place on **April 1, 2026, at 11:30 a.m.** at the front entrance/atrium of the James M. Fitzgerald U.S. Courthouse and Federal Building at 222 West 7th Avenue, Anchorage Alaska 99513.

8.     Plaintiff STATE OF ALASKA, or its designee, shall be permitted to attend any sale of the Vessel and shall be permitted to credit bid the judgment entered against Defendants by this Court, in any increment up to the full amount of the judgment.  Any portion of the judgment not used as a credit bid for the successful purchase of the Vessel shall remain unsatisfied until paid.

9.     Except for any credit bid as authorized herein, any proceeds of the sale of the Vessel shall be deposited in the registry of the Court, and will be held there pending further order of the Court.

10.  Upon confirmation of sale of the Vessel, the Marshal shall release the Vessel from custody to the buyer and the Substitute Custodian shall be released.

Case No. 3:25-cv-00282-SLG, *State of Alaska, Department of Commerce, Community, and Economic Development, Division of Investments v. CALEB C, O.N. 948112*
Order for Foreclosure of Mortgage, Entry of Judgement, Award of Attorneys' Fees and Costs, for Sale of Vessel and Credit Bid Authority
Page 3 of 4

Case 3:25-cv-00282-SLG     Document 21     Filed 03/16/26     Page 3 of 4

10.  In accordance with Local Admiralty Rule (e)-14(g), at the conclusion of the sale of the Vessel, the Marshal will forthwith file a written report to the Court of the fact of sale, the date thereof, the price obtained and the name and address of the buyer.

IT IS SO ORDERED this 13th day of March, 2026, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

Case No. 3:25-cv-00282-SLG, *State of Alaska, Department of Commerce, Community, and Economic Development, Division of Investments v. CALEB C, O.N. 948112*
Order for Foreclosure of Mortgage, Entry of Judgement, Award of Attorneys' Fees and Costs, for Sale of Vessel and Credit Bid Authority
Page 4 of 4